1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL B. WOOD,

          Plaintiff,

    v.

JOHN CROSS, et al.,

          Defendants

Case No. C11-5707BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

     This matter comes before the Court on the Report and Recommendation ("R&R") of

the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 3).

     The Court has considered the R&R and the remaining record, and no objections to the

R&R having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff Paul Wood's motion to proceed in forma pauperis is **DENIED**; and

    (3)    This action is **DISMISSED**.

    DATED this 28th day of November, 2011.

                                           _____

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER