UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL B. WOOD,

　　　　　　Plaintiff,

　　v.

JOHN CROSS, et al.,

　　　　　　Defendants

Case No. C11-5707BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 3).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　Plaintiff Paul Wood's motion to proceed in forma pauperis is **DENIED**; and

(3)　This action is **DISMISSED**.

DATED this 28th day of November, 2011.

　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER